No. D–1494. IN RE DISBARMENT OF OTCHERE. It is ordered that Felix B. Otchere, of Arlington, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1495. IN RE DISBARMENT OF HUMPHREYS. It is ordered that Lloyd Edwin Humphreys, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–390. YOUGHIOGHENY & OHIO COAL CO. v. MCANGUES ET AL., 510 U. S. 1040. Motion of respondent Timothy Cogan for attorney's fees denied.

No. 93–1462. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. v. RAMON MORALES. C. A. 9th Cir. [Certiorari granted, 512 U. S. 1287.] Motion of petitioners to strike the *amici curiae* brief of National Legal Aid and Defender Association et al. denied.

No. 93–1783. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. NEWPORT NEWS SHIP-BUILDING & DRY DOCK CO. ET AL. C. A. 4th Cir. [Certiorari granted, 512 U. S. 1287.] Motion of National Association of Waterfront Employers et al. for leave to file a brief as *amici curiae* granted.

No. 93–1841. ADARAND CONSTRUCTORS, INC. v. PENA, SECRE-TARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. [Certiorari granted, 512 U. S. 1288.] Motion of Maryland Women Business Entrepreneurs et al. for leave to file a brief as *amici curiae* granted. Motion of petitioner to strike Appendices B and C of respondents' brief denied.

No. 93–1883. ANDERSON, DIRECTOR, CALIFORNIA DEPART-MENT OF SOCIAL SERVICES, ET AL. v. EDWARDS, GUARDIAN AD LITEM FOR EDWARDS, ET AL. C. A. 9th Cir. [Certiorari granted, 512 U. S. 1288.] Motion of Alliance for Children's Rights et al. for leave to file a brief as *amici curiae* granted.